**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 97-7792

———————

RALPH WALKER,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-97-1669-AM)

———————

Submitted: November 19, 1998        Decided: December 1, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ralph Walker, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ralph Walker seeks to appeal the district court's order denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. The district court denied relief on Walker's § 2254 petition, finding that it was untimely filed. Walker failed to challenge the district court's finding in his informal brief and therefore has not preserved the issue for our review. See 4th Cir. R. 34(b). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED